# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2023
```

December 12, 2023

<u>VIA CM/ECF</u>
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square - Courtroom 443
New York, NY 10007

      Re:    Girotto v. Des Restaurant Associates Inc., d/b/a Peter Dillon's, et al.
            Case 1:23-cv-09068-VEC

Dear Judge Caproni :

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for December 22, 2023, at 10:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                              Sincerely,

                          By: /S/   B. Bradley Weitz
                            B. Bradley Weitz, Esq. (BW9365)
                            THE WEITZ LAW FIRM, P.A.
                            Attorney for Plaintiff
                            Bank of America Building
                            18305 Biscayne Blvd., Suite 214
                            Aventura, Florida 33160
                            Telephone: (305) 949-7777
                            Facsimile:  (305) 704-3877
                            Email: bbw@weitzfirm.com

Application GRANTED. The Initial Pretrial Conference scheduled for **December 22, 2023** is adjourned to **Friday, February 9, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint letter must be filed no later than **February 1, 2024**. For the required contents of the letter, the parties are directed to Dkt. 7. Defendants' time to respond to the complaint is STAYED until **February 9, 2024**. Plaintiff is directed to serve a copy of this Endorsement on Defendants and file proof of service on the docket no later than **December 15, 2023**.
SO ORDERED.

12/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE